# Exhibit A-1

DISTRICT COURT, COUNTY OF DENVER,
STATE OF COLORADO

DATE FILED: April 25, 2024 4:00 PM
FILING ID: 27E912EB9539C
CASE NUMBER: 2024CV31264

Court Address: Second Judicial District Court
              Denver City and County Building
              1437 Bannock Street
              Denver, CO 80202

---

**Plaintiff:**      **OLGA NOGUERA**

---

**Defendants:**    **UNITED AIRLINES, INC.**
                 **G2 SECURE STAFF, L.L.C.**

---

Attorney for Plaintiff:    Cheryl L. Trine, #38150
                        Trine Law Firm LLC
                        155 E. Boardwalk Drive #400
                        Fort Collins, CO 80525
                        Phone: 970-391-9442
                        Email: ctrine@trinelaw.net

▲ **COURT USE ONLY** ▲

Case No.

Division

---

**CIVIL CASE COVER SHEET**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 applies to this case unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

**__** This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, or

**_X_** This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:
         By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

1

**OR**

__ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. **_X_** This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: ___4/25/24_____   ___/s/ Olga Noguera_____
                                 Signature of Party

Date: ___4/25/24_____   ___/s/ Cheryl Trine_____
                                 Signature of Attorney for Party (if any)


**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.